# Case Summary

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Case Number:** BC551788
WILLIAM J DOHERTY ET AL VS OCWEN FINANCIAL CORPORATION ET AL

**Filing Date:** 07/16/2014
**Case Type:** Fraud (no contract) (General Jurisdiction)
**Status:** Pending

Future Hearings

None

Documents Filed | Proceeding Information

Parties

Click on any of the below link(s) to see names that begin with the letter indicated:
B - R   S - W

BRUSATORI JUDITH - Plaintiff

DOES 1 THROUGH 25 - Defendant

DOHERTY WILLIAM J. - Plaintiff

ENRIQUEZ FLORISCILLA - Plaintiff

EVANGELISTA DANTE - Plaintiff

HANEY JACK - Plaintiff

HARRIS CRAIG - Plaintiff

HEYDA TODD - Plaintiff

ISLAM SHAFIDUL - Plaintiff

LOVE DEBBIE - Plaintiff

MCLENON TABITHA - Plaintiff

NELSON OSCAR - Plaintiff

NIEMCZUK DON - Plaintiff

O'CALLAGHAN RUTH - Plaintiff

OCHOA SERGIO - Plaintiff

OCWEN FINANCIAL CORPORATION - Defendant

OCWEN LOAN SERVICING LLC - Defendant

PETTIJOHN KENNETH C. - Plaintiff

PONCE DE LEON BENJAMIN - Plaintiff

REAL ESTATE LAW CENTER INC. - Attorney for Plaintiff/Petitioner

RIOS ROSA - Plaintiff

Click on any of the below link(s) to see names that begin with the letter indicated:
TOP   B - R   S - W

SOLANO LEO VIGILDO - Plaintiff

STEELE MICHAEL - Plaintiff

STEWARD THOMAS - Plaintiff

TAM BERNICE LEINAALA - Plaintiff

TATE ERICA - Plaintiff

VANDENBORRE CHRISTOPHER - Plaintiff

WOLFFER RICHARD - Plaintiff

Click on any of the below link(s) to see names that begin with the letter indicated:
TOP   B - R   S - W

Case Information | Party Information | Proceeding Information

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Documents Filed (Filing dates listed in descending order)

**08/25/2014** Proof-Service/Summons
Filed by Attorney for Plaintiff/Petitioner

**07/16/2014** Miscellaneous-Other (Plaintiffs William J. Doherty et al.'s Civil Case Cover Sheet )
Filed by Attorney for Plaintiff/Petitioner

**07/16/2014** Summons Filed (for Plaintiffs William J. Doherty et al.: Fraud...Unfair Business Practices (Bus. & Prof. Code Sec. 17200 et seq.); Unjust Enrichment; Demand for Jury Trial )
Filed by Attorney for Plaintiff/Petitioner

**07/16/2014** Complaint (for Plaintiffs William J. Doherty et al.: Fraud...Unfair Business Practices (Bus. & Prof. Code Sec. 17200 et seq.); Unjust Enrichment; Demand for Jury Trial )
Filed by Attorney for Plaintiff/Petitioner

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

**08/01/2014** in Department 324, Emilie H. Elias, Presiding
Order-Complex Determination - **Case Determined to be Complex**

Case Information | Party Information | Documents Filed | Proceeding Information